IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:14-CV-00068-BO

| | | |
|---|---|---|
| KITTY MORGAN, | ) | |
|                       Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIEGO R. VALLADARES, | ) | CONSENT ORDER |
| CENTURION AUTO TRANSPORT, | ) | DISMISSING DEFENDANTS |
| INC., CENTURION AUTO LOGISTICS, | ) | CENTURION AUTO LOGISTICS, INC., |
| INC., CENTURION AUTO HOLDING | ) | CENTURION AUTO HOLDING |
| COMPANY and CENTURION AUTO | ) | COMPANY and CENTURION AUTO |
| GROUP, INC., | ) | GROUP, INC. |
| | ) | |
|                       Defendants. | ) | |

THIS MATTER coming before the Court on the Motion to Dismiss filed by Defendants Centurion Auto Logistics, Inc. and Centurion Auto Holdings Company on April 15, 2014 and upon the request of Plaintiff Kitty Morgan ("Plaintiff") and Defendants Centurion Auto Logistics, Inc., Centurion Auto Holdings Company, and Centurion Auto Group, Inc., who mutually consent, through their undersigned counsel, to the dismissal of all claims against the moving Defendants;

AND THE PARTIES HAVING AGREED that Plaintiff has completed good service of the Complaint and summons on Defendants Diego R. Valladares and Centurion Auto Transport, Inc;

AND IT APPEARING TO THE COURT that the parties have consented to this Order;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants Centurion Auto Logistics, Inc., Centurion Auto Holdings Company and Centurion Auto Group, Inc. be dismissed, without prejudice, as parties to this action and that Defendants' Motion to Dismiss is

453611 v1

hereby resolved. In accordance with this Consent Order, the names of the Defendants' dismissed herein will be removed from future pleadings and other materials filed or relied upon in this matter.

This the 23 day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED AND CONSENTED TO BY:

/S/ CHRISTOPHER M. HINNANT
CHRISTOPHER M. HINNANT
N.C. State Bar No. 24297
ELIZABETH C. KING
N.C. State Bar No. 30376
*Attorneys for Defendants*
CRANFILL SUMNER & HARTZOG LLP
319 N. 3rd Street, Suite 300
Wilmington, NC 28401
Telephone: (910) 777-6000
Facsimile: (910) 777-6111
E-mail:chinnant@cshlaw.com


/S/ H. SCOTT OVERHOLT
H. SCOTT OVERHOLT
N.C. State Bar No. 18462
*Attorney for Plaintiff*
THE OVERHOLT LAW FIRM, PC
2505 South College Road
Wilmington, NC 28412
Phone: 910-798-5900
Facsimile: 910-799-8496
Scott@overholtlaw.com

453611 v1